UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AIR CRASH AT TORONTO PEARSON
INTERNATIONAL AIRPORT ON FEBRUARY 17, 2025                MDL No. 3155

TRANSFER ORDER

**Before the Panel**:  Defendants Delta Air Lines, Inc., and Endeavor Air, Inc., move under 28 U.S.C. § 1407 to centralize this litigation in the District of Minnesota.  This litigation consists of eleven actions pending in three districts, as listed on Schedule A.  In addition, the parties have informed the Panel of eight potentially related actions pending in two districts.[1]  All responding plaintiffs support centralization in the District of Minnesota.[2]

On the basis of the papers filed and the hearing session held, we find that the actions listed on Schedule A involve common questions of fact, and that centralization in District of Minnesota will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation.  These actions share factual questions arising from the crash landing of Delta Flight 4819 at Toronto Pearson International Airport on February 17, 2025.  Plaintiffs in each action assert personal injury and property damage claims against the same two defendants under the Montreal Convention, a treaty that governs international travel and limits liability for air carriers.  *See* Convention for the Unification of Certain Rules for International Carriage by Air, May 28, 1999, *reprinted in* S. Treaty Doc. No. 106-45, 1999 WL 33292734.  Centralization will eliminate duplicative discovery, particularly with respect to potential international discovery; prevent inconsistent pretrial rulings; and conserve the resources of the parties, their counsel, and the judiciary.

The District of Minnesota is an appropriate transferee district for this litigation.  The center of gravity for this litigation lies in Minnesota, the accident flight departed from Minneapolis, the flight crew is based there, and Endeavor Air, which operated the flight, is headquartered in Minnesota.  Witnesses and documentary evidence thus are likely to be concentrated in this district.  The District of Minnesota also offers a convenient and accessible forum for the parties and

---

[1] These and any other related actions are potential tag-along actions.  *See* Panel Rules 1.1(h), 7.1, and 7.2.

[2] The plaintiff in the Northern District of Georgia *Lourens* action initially opposed centralization and, alternatively, suggested the Northern District of Georgia as the transferee forum.  This plaintiff later withdrew his opposition and now supports centralization.

- 2 -

witnesses. Sixteen of the nineteen related actions in this docket are pending in the District of Minnesota. All of these actions are assigned to Judge Jerry W. Blackwell, an able jurist with experience presiding over multidistrict litigation. We are confident that he will steer this litigation on a prudent and expeditious course.

IT IS THEREFORE ORDERED that the actions listed on Schedule A and pending outside the District of Minnesota are transferred to the District of Minnesota and, with the consent of that court, assigned to the Honorable Jerry W. Blackwell for coordinated or consolidated pretrial proceedings.

PANEL ON MULTIDISTRICT LITIGATION

Karen K. Caldwell
Chair

Nathaniel M. Gorton          Matthew F. Kennelly
David C. Norton              Roger T. Benitez
Dale A. Kimball              Madeline Cox Arleo

**IN RE: AIR CRASH AT TORONTO PEARSON
INTERNATIONAL AIRPORT ON FEBRUARY 17, 2025**          MDL No. 3155

## SCHEDULE A

Northern District of Georgia

LOURENS v. DELTA AIR LINES, INC., ET AL., C.A. No. 1:25-00905

District of Minnesota

KREBS v. DELTA AIRLINES, INC., ET AL., C.A. No. 0:25-00675
KOUKOV v. DELTA AIRLINES, INC., ET AL., C.A. No. 0:25-00807
CARLETON v. DELTA AIRLINES, INC., ET AL., C.A. No. 0:25-00837
SINCLAIR v. DELTA AIRLINES, INC., ET AL., C.A. No. 0:25-00962
SOMERS-BERNER v. DELTA AIRLINES, INC., ET AL., C.A. No. 0:25-00963
BOUFFARD, ET AL. v. DELTA AIRLINES, INC., ET AL., C.A. No. 0:25-00965
GONZALES v. DELTA AIRLINES, INC., ET AL., C.A. No. 0:25-00966
OMOSENI, ET AL. v. DELTA AIRLINES, INC., ET AL., C.A. No. 0:25-00967
SOBREVIELA v. DELTA AIRLINES, INC., ET AL., C.A. No. 0:25-00968

Southern District of Texas

SALVADOR STAMM v. DELTA AIRLINES, INC., ET AL., C.A. No. 4:25-01145